**Order entered December 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01203-CV

## IN RE GOLDFARB, PLLC, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-03747**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. Consequently, relator's October 11, 2018 motion to stay and its November 15, 2018 motion for expedited consideration of its motion to stay are **DENIED** as moot.

/Craig Stoddart/
CRAIG STODDART
JUSTICE